# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1168

VERSUS

GARY LYNN FOGG

**DECEMBER 30, 2021**

---

In Re:   Gary Lynn Fogg, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 523830.

---

**BEFORE:   WHIPPLE, C.J., WOLFE AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **EW**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT